# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN EXPRESS, | ) | 1:08cv0679 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 7) |
| | ) | |
| ROGER D. ROMERO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Roger D. Romero, appearing pro se, removed this action from the Fresno County Superior Court on May 15, 2008.

On November 20, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated November 20, 2008, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   December 30, 2008**                     **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE